IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff-Appellee, | § | |
| | § | |
| vs. | § | No. 25-463 |
| | § | |
| GERALD BLAISE, II | § | |
| Defendant-Appellant. | § | |

## APPELLANT'S UNOPPOSED MOTION TO WITHDRAW MOTION FOR RELEASE ON BOND PENDING APPEAL

Appellant Gerald Blaise II moves this Court to permit him to withdraw his motion for release on bond pending the resolution of his appeal. Appellant filed that motion for release on bond on June 18, 2025, when he was incarcerated in the Bureau of Prisons. This past week the Bureau of Prisons released appellant from prison and placed him in a halfway house and may soon allow him to serve the remaining portion of his sentence in home detention. For that reason, he wishes to withdraw his motion for release on bond pending appeal.

Respectfully Submitted,

/s/ *Brent E. Newton*
Brent E. Newton
Attorney at Law
19 Treworthy Road
Gaithersburg, Maryland 20878
Email: brentevannewton@gmail.com
Telephone: 202-975-9105

**Attorney for Appellant**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for appellee, Assistant United States Attorney Raymond Woo, who stated that appellee does not oppose this motion.

/s/ *Brent E. Newton*
Brent E. Newton

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to all attorneys of record via the Court's electronic notification system on September 2, 2025.

/s/ *Brent E. Newton*
Brent E. Newton

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. 27(d)(2) because it contains 94 countable words, as indicated by the word count in the word-processing system used to prepare this brief.

2. This motion complies with the typeface and type style requirements of Fed. R. App. P. 27(d)(1), 32(a)(5) and (a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font in the body and Times New Roman 14-point font in the footnotes.

3. This motion was filed electronically, in native Portable Document File (PDF) format, via the Ninth Circuit's CM/ECF system.

/s/ *Brent E. Newton*
Brent E. Newton