FILED

SEP 4 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. GERALD BLAISE II, Defendant - Appellant. | No. 25-463 D.C. No. 2:21-cr-01028-MTL-4 District of Arizona, Phoenix ORDER |

Before: S.R. THOMAS, SILVERMAN, and BENNETT, Circuit Judges.

The motion (Docket Entry No. 26) to dismiss this appeal in light of the valid appeal waiver is granted. *See United States v. Harris*, 628 F.3d 1203, 1205 (9th Cir. 2011) (knowing and voluntary appeal waiver whose language encompasses the right to appeal on the grounds raised is enforceable). Contrary to appellant's contention, the record shows that appellant's guilty plea was knowing and voluntary. *See United States v. Peterson*, 995 F.3d 1061, 1065-67 (9th Cir. 2021). Moreover, appellant's alleged innocence of the offense does not render the waiver unenforceable. *See United States v. Goodall*, 21 F.4th 555, 562-63 (9th Cir. 2021). Finally, we decline to reach on direct appeal appellant's ineffective assistance of counsel claim, which he may raise in a collateral attack under 28 U.S.C. § 2255. *See United States v. Rahman*, 642 F.3d 1257, 1259-60 (9th Cir. 2011).

Because we dismiss the appeal, the motion (Docket Entry No. 24) for bail

pending appeal, and the unopposed motion (Docket Entry No. 34) to withdraw the bail motion, are denied as moot. The motion (Docket Entry No. 32) to file under seal the district court's order denying bail is denied because the reason given for sealing is inadequate, *see* 9th Cir. R. 27-13, and the order is not necessary to our review. The clerk will file publicly the motion to seal at Docket Entry No. 32.1 and will strike the document at Docket Entry No. 32.2 and 33.

**DISMISSED.**